UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

RICHARD KENT,
      Plaintiff,                        Case No. 2:22-CV-11184-LJM-JJCG
                                                Hon. Laurie J. Michelson

vs.

CITY OF PORT HURON,
      Defendant.

_____

ELIZABETH K. ABDNOUR (P78203)
Attorney for Plaintiff
1100 W. Saginaw St., Suite 4A-2
Lansing, MI 48915
(517) 292-0067 / Fax (517) 709-7700
elizabeth@abdnour.com

TODD J. SHOUDY (P41895)
VICTORIA R. FERRES (P78788)
Fletcher Fealko Shoudy & Francis, P.C.
Attorneys for Defendant
1411 Third Street, Suite F
Port Huron, Michigan 48060
(810) 987-8444
tshoudy@fletcherfealko.com
vferres@fletcherfealko.com

_____

**STIPULATED ORDER OF DIMISSAL WITH PREJUDICE**

      Upon the agreement of the parties hereto and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED that any and all of Plaintiff Richard Kent's claims as to Defendant City of Port Huron in the above-entitled matter are dismissed with

prejudice and without costs to any of the parties hereto.

This is a final order and resolves all outstanding claims in this matter.

Dated: January 18, 2023

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE

Approved for entry:

/s/ Elizabeth K. Abdnour   w/permission via email 1/7/23
ELIZABETH K. ABDNOUR (P78203)
Attorney for Plaintiff

/s/ Todd J. Shoudy
TODD J. SHOUDY (P41895)
Attorney for Defendant